```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Parviz Hadi Basmanj, et al.

    v.                                                Case No. 23-cv-231-JL

US Department of State, Secretary, et al.

## ORDER

On July 17, 2023, an Amended Complaint was filed as of right. Therefore, in accordance with LR 15.1(c), the pending Motion to Dismiss for Failure to State a Claim is denied without prejudice. The defendants shall respond to the Amended Complaint as may be appropriate under Fed. R. Civ. P. 12, within the time allowed under Fed. R. Civ. P. 15(a).

    SO ORDERED.

                                                By the Court,

                                                /s/ Joseph N. Laplante
                                                Joseph N. Laplante
                                                United States District Judge

Date: July 17, 2023

cc:   Hillary See-May Cheng, Esq.
      Anna Dronzek, AUSA